Larry Chenoweth   59070-198
Federal Correctional Institution
P.O. Box 3007
Terminal Island, California 90731

IN PRO SE

RECEIVED
07 DEC 21 AM 11: 03
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IA

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA, | Case No. : 00-195 |
|---|---|
| Plaintiff, | NOTICE AND MOTION FOR MODIFICATION OF PROBATION PURSUANT TO 18 U.S.C. §§ 3563 (b) 13-16, and, 22. |
| v. | |
| LARRY CHENOWETH, | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that defendant, LARRY CHENOWETH, acting Pro Se, will move the court for an Order Modifying his probation to permit CHENOWETH to be released to the Southern District of California, with a specific release address to be:

13217 Aurora Drive, #86
El Cajon, California 92021

This motion will be based upon 18 U.S.C. §§3563(b) 13-16, and 22, as well as the fact that defendant's brother, MICHAEL CHENOWETH is a paraplegic in need of defendant's assistance for his daily care.

This motion is based on the documents and files in possession of the court in this matter as well as the attached memorandum of points and authorities.

Dated: December 17, 2007

Respectfully Submitted,

*Larry G. Chenoweth*
Larry Chenoweth

```
Larry Chenoweth   59070-198
Federal Correctional Institution
P.O. Box 3007
Terminal Island, California 90731
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>v.<br>LARRY CHENOWETH,<br>　　　　Defendant. | Case No. : 00-195<br><br>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR MODIFICATION. |

I.

STATEMENT OF FACTS

Defendant LARRY CHENOWETH ("L. CHENOWETH") was granted an Order of Probation which calls for L. CHENOWETH'S release Residential Re-Entry Center ("RRC") in the Southern District of of Iowa on March 24, 2008.

Due to pressing familial necessity, L. CHENOWETH respectfully requests the instant modification enabling him to be released to the Southern District of California.

II.

ARGUMENTS

A. L. CHENOWETH'S BROTHER MICHAEL CHENOWETH IS A PARAPLEGIC WITH MEDICAL NEEDS REQUIRING L. CHENOWETH'S PRESENCE IN IN THE SOUTHERN DISTRICT OF CALIFORNIA.

On November 24, 2005, L. CHENOWETH'S fraternal brother

- 1 -

MICHAEL CHENOWETH ("M. CHENOWETH") was involved in an ATV rollover accident which rendered him a T-5 paraplegic. The paraplegia was sustained as a result of complete fractures of the T5 and T6 vertabrates; as well as multiple orthopedic fractures; **See: Ex.A.** M. CHENOWETH has no sensation for bowel and bladder function and requires his brother L. CHENOWETH'S presence in the Southern District of California to perform day-to-day bodily function assistance as well as general overall assistance needed to live a quasi-"normal" lifestyle.

      **B.   DEFENDANT L. CHENOWETH RESPECTFULLY REQUESTS THAT THIS COURT EXERCISE ITS' POWER PURSUANT TO 18 U.S.C. §§ 3563(b) 13 THRU 16 & 22 TO MODIFY HIS PROBATION THEREBY PERMITTING L. CHENOWETH TO COME TO HIS BROTHER'S ASSISTANCE**

18 U.S.C.S. §3563 specifically empowers the court to exercise certain discretionary conditions to the terms and conditions of a defendant's sentencing Order. Specifically, 3563(b)(13) reads:

> "3563 (b) Discretionary Conditions, The court may provide, as further conditions of a sentence of probation"..."that the defendant may"...
> (13)   reside in a specified place or area"...

Accordingly, defendant L. CHENOWETH respectfully submits that the facts and circumstances surrounding the instant matter presents a case justifying modification and prays that the court rules accordingly.

III.

**DEFENDANT L. CHENOWETH'S FOURTH AMENDMENT WAIVER**

Defendant L. CHENOWETH would be willing, in any event, to waive his rights pursuant to the Fourth Amendment of the United States Constitution thereby allowing the Office of the United States and law enforcement to search his personal residence and effects.

-2-

without the necessity of a search warrant throughout the duration of defendants probationary term.

IV.

CONCLUSION

Defendant CHENOWETH respectfully submits that in light of the fact that his matter presents special circumstances as noted by his brother MICHAEL'S status as a paraplegic the Order of probation should be modified permitting L. CHENOWETH to be released to the Southern District of California.

Finally, in light of the instant Fourth Amendment waiver contained herein and 18 U.S.C.S. §3563(b)(13) the instant modification is justified.

Dated:   December 17, 2007              Respectfully submitted,

*Larry H. Chenoweth*
Larry Chenoweth

Declaration

I, LARRY CHENOWETH, declare as follows:

That all matters contained herein are, to the best of my knowledge true and correct and are sworn to, under penalty of perjury, pursuant to the laws of the United States of America.

Executed this 17th day of December, 2007, at Terminal Island, California.

*Larry H. Chenoweth*
Larry Chenoweth

# EXHIBIT "A"

| | |
|---|---|
| **ALVARADO HOSPITAL MEDICAL CENTER/SDRI**<br>San Diego, California 92120<br><br>**CONSULTATION** | Visit #: **2449960**<br>MR #: **000604857**<br>Patient: **CHENOWETH, MICHAEL**<br>Location: **2N2 E**<br>Admitting Physician:<br>Admit Date: **12/12/2005**<br>Consultation Date: **12/14/2005**<br>Page 1 of 3 |

cc: Lance R. Stone, DO (6645 Alvarado Rd, San Diego, CA  92120)
    Scott L. Brown, MD  (FAX)


**CONSULTANT:** SCOTT L. BROWN, M.D.

**REQUESTING PHYSICIAN:**   LANCE R. STONE, D.O.

**REASON FOR CONSULTATION:**   Spinal-cord injury, neurogenic bladder.

**HISTORY OF THE PRESENT ILLNESS:** This is a 44-year-old gentleman with a T5 paraplegia secondary to an ATV accident which occurred in the desert over Thanksgiving weekend.  He was brought to San Diego Rehabilitation Institute for inpatient rehabilitation.  He stated that he had a rollover ATV accident in which the vehicle landed upon him and he sustained a complete fracture of T5 and T6 as well as multiple orthopedic fractures but no internal abdominal injuries.  He was initially treated at Yuma Regional Medical Center and was then transferred to UCSD Medical Center. He apparently underwent T2-10 posterior spinal fusion as well as internal fixation of his orthopedic fractures.  He has no sensation for bowel and bladder function.  Prior to the accident, he was completely healthy.

The patient is actually known to me from having undergone vasectomy several years ago in the office.

The patient had an indwelling Foley catheter during his hospitalization which was discontinued.  He is scheduled for management with clean intermittent catheterization.

**PAST MEDICAL HISTORY:**   None.

**PAST SURGICAL HISTORY:**   T2-"12" spinal fusion, orthopedic surgeries, vasectomy.  Exploratory laparotomy secondary to stab wound.

**MEDICATIONS:**   None prior to admission.

**ALLERGIES:**   No known drug allergies.

CERTIFICATE OF SERVICE

I, _Larry Chenoweth_, hereby certify that I have served a true and correct copy of the following: _FF Case 00-195_

_Notice and Motion for Modification of Probation pursuant to 18 U.S.C. § 3563 (b) 13-16, and, 22._

which is deemed filed at the time it was delivered to prison authorities for forwarding, Houston v. Lack, 487 U.S. 266 (1988), upon the (plaintiff/defendant) (petitioner/respondent) (appellant/appellee) and/or its attorney(s) of record by placing same in a sealed, postage prepaid envelope addressed to:

_Joel Barrow, A U.S.A_
_U.S. Courthouse Annex_
_110 E. Court Ave, Suite 286_
_Des Moines, Ia._
_50309-2053_

and deposited same in the United States mail box at FCI Terminal Island, 1299 Seaside Avenue, San Pedro, California 90731, on this _17_ th day of _December 2007_,

_Larry H. Chenoweth_
_Federal Correctional Institution_
Id. No. _59070-198_

1299 Seaside Avenue
San Pedro, CA 90731

