IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| | * | 4:00-cr-00195 |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| LARRY GALE CHENOWITH, | * | ORDER |
| | * | |
| Defendant. | * | |
| | * | |

Before the Court is a pro se motion for modification of the terms of supervised release, filed by the Defendant, Larry Gale Chenowith, on December 21, 2007.[1]  Clerk's No. 232.  There is no resistance to the Defendant's motion.  The Defendant states that his brother, due to an unfortunate accident, is now a paraplegic residing in the Southern District of California, and he has provided evidence to support this claim.  *See id.*  The Defendant seeks to be released to the Southern District of California so that he may help care for his brother.  To this end, the Defendant has waived his Fourth Amendment rights and consented to searches of his personal residence and effects by the United States Probation Office.  Accordingly, pursuant to 18 U.S.C. § 3583(e)(2), and after considering the factors set forth in the statute, the Defendant's motion (Clerk's No. 232) is GRANTED.  The Probation Office may transfer supervision of the Defendant to the Southern District of California upon his release from incarceration.  Also, the following condition is added to the terms of supervised release:

---

[1] Although the Defendant characterizes his motion as one to modify probation under 18 U.S.C. § 3563(c), he actually seeks modification of his conditions of supervised release, which will commence upon his release from the imprisonment portion of his sentence.  Accordingly, the Court will treat the motion as one to modify the conditions of supervised release, pursuant to 18 U.S.C. § 3583(e).

You shall submit to a search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, as directed by the Probation Officer.

All other conditions of the Defendant's supervised release remain in effect.

IT IS SO ORDERED.

Dated this _14th_ day of January, 2008.

_____
Robert W. Pratt, Chief Judge
United States District Court