UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| LARRY G. CHENOWETH<br>Movant<br>v.<br>UNITED STATES OF AMERICA<br>Respondent | Case No. 4:00-cr-00195-3<br>Before the Honorable<br>Robert W. Pratt |

MOTION FOR EARLY TERMINATION OF SUPERVISE RELEASE

COMES NOW the Movant, Larry G. Chenoweth, proceeding pro se and respectfully submits this motion for termination of supervise release. In support of this motion, Chenoweth states as follows.

BACKGROUND

Chenoweth plead guilty in the United States District Court for the Southern District of Iowa, for violating statutes, Title 21: U.S.C. 846 and 841(b)(1)(a), conspiracy to distribute methamphetamine. On May 1, 2001, Chenoweth was subsequently sentenced, under the then mandatory sentencing guidelines to 120 months imprisonment and five years of supervise release.

Chenoweth was released from the custody of the Federal Bureau of Prison on September 19, 2008 and upon this Courts granting of Chenoweth's December 21, 2007 motion to relocate, was released to the Southern District of California due to family illness.

Chenoweth was assigned to Federal Probation Officer, Kelly J. Bonsavage. On March 1, 2010, Chenoweth was reassigned to Federal Probation Officer, Jason Garrick. Both officers are located at the Chula Vista, California divisional office. Chenoweth requested and was granted a relocation transfer to the Southern District of Iowa arriving on June 10,

2010 at the Council Bluffs, Iowa divisional office. Chenoweth was assigned Federal Probation Officer, Andrea Neumann .

## DICUSSION

Chenoweth completed 7 years, 8 months and 19 days of imprisonment without any disciplinary convictions. Upon Chenoweth's duration of supervise release to the Southern District of California, he has had no probation violations or non-compliance issues. However, on, May 28, 2010, Chenoweth was issued a traffic citation for passing on the shoulder and received and paid a $213.00 dollar fine, (See attachment A). No other action was taken by the California Courts. Chenoweth has had no probation violations or non-compliance issues to date since arriving in the Southern District of Iowa.

## CONCLUSION

On September 19, 2011, Chenoweth will have successfully completed 3 years of five years of supervise release and respectfully requests this Court to grant this motion and terminate the remaining 2 years of supervise release authorized by Congress under Federal jurisdictional statute, Title 18: U.S.C. 3583(e)(1) and prays that the Court will do so on or about, September 19, 2011.

Respectfully Submitted,

*Larry M. Chenoweth*

"ATTACHMENT A"

619-906-5888
www.sdcourts.ca.gov

| CALIFORNIA HIGHWAY PATROL | | | | |
|---|---|---|---|---|
| **NOTICE TO APPEAR** | ☐ MISDEMEANOR | | **70658 MA** | |
| CHP 215 (REV 9/05) | ☒ Traffic   ☐ Nontraffic | | | |

Date of Violation: 5-28-10   Time: 3:00 PM   Day of the Week: F   ☐ CHP 215s   ☐ Accident

Name (First, Middle, Last): PAUL G CHENOWETH
Address: 13717 AURORA DR S.S.
City: EL CAJON   State: CA   ZIP Code: 92021
Driver Lic. No.: D2505770   State: CA   Commercial: No   Age:   Birth Date: 09-02-65
Sex: M   Hair: BRN   Eyes: BRN   Height: 5'7"   Weight: 150   Race/Ethnicity: W

Veh. Lic. No. or VIN No.: 1975187   State: CA   Reg. Exp.: 6/10
Yr. of Veh.: 2000   Make: HD   Body Style: 80 CUSTOM   Color: BLK   Veh. Type: C2

Evidence of Financial Responsibility: PROGRESSIVE 37026451-1

Registered Owner or Lessee: ☒ Same as Driver

Correctable Violation (§40610 VC)   Booking Required   Misdemeanor or Infraction (Circle)

| Yes | No | Code and Section | Description | |
|---|---|---|---|---|
| ☐ | ☒ | 21755 VC | YIELDING ON SHOULDER | M (I) |

Speed Approx.: 25   P.F./Max Spd.: 5
Location of Violation(s): I-8 E / 2ND ST
Beat: 82   Area: 680

Executed at (place): SDSU   California
Date: 5-28-10   Arresting or Citing Officer: DAVIS   I.D. No.: 15061

WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED BELOW.
X SIGNATURE: [signed]

WHEN: DATE 7-29-10   TIME 8:00 AM
WHAT TO DO: FOLLOW THE INSTRUCTIONS ON THE REVERSE
WHERE: ☒ SUPERIOR COURT
ADDRESS: 250 E MAIN ST
PHONE NO.: EL CAJON CA 92020   (619) 456-4100

Judicial Council of California Form
Rev. 09-20-05 (§§ 40500(b), 40513(b), 40522, 40600 VC; § 853.9 PC.)
TR-130   SEE REVERSE

70659 MA

CERTIFICATE OF SERVICE

I do hereby certify under the penalty of perjury, Title 28: U.S.C.1746, that a true and Correct copy has been mailed to the

U.S. ATTORNEYS OFFICE
U.S. COURTHOUSE ANNX
110 E. COURT AVE, SUITE 286
DES MOINES, IA. 50309-2053

*Larry G. Chenoweth*
LARRY G, CHENOWETH