IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No.00-195 |
| | ) | |
| v. | ) | RESISTANCE TO MOTION |
| | ) | FOR EARLY TERMINATION |
| LARRY GALE CHENOWITH, | ) | OF SUPERVISED RELEASE |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby resists defendant's Motion for Early Termination of Supervised Release for the following reasons:

1. The Government believes that the defendant should serve the entire term of supervised release ordered by the Court.

WHEREFORE, the United States respectfully requests that this Court deny defendant's Motion for Early Termination of Supervised Release .

Respectfully submitted,

Nicholas A. Klinefeldt
United States Attorney

By:  /s/ Joel W. Barrows
Joel W. Barrows
Assistant United States Attorney
131 East 4th Street
Davenport, IA 52801
Tel: (563) 449-5432
Fax: (563) 449-5433
Email: Joel.Barrows@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2011, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

  X   U.S. Mail _____ Fax _____ Hand Delivery

  X   ECF/Electronic filing _____ Other means

UNITED STATES ATTORNEY

By: /s/ Joel W. Barrows
       Assistant U.S. Attorney