IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | 4:00-cr-00195 |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| LARRY GALE CHENOWITH, | * | ORDER |
| | * | |
| Defendant. | * | |

    Before the Court is a Motion for Early Termination of Supervised Release, filed by Larry Chenowith ("Defendant") on August 4, 2011. Clerk's No. 236. On August 8, 2011, the Government filed a Resistance to the Motion. Clerk's No. 237. On September 12, 2011, the Court held a hearing. Clerk's No. 239. The matter is fully submitted.

    Defendant began serving a five year term of supervised release on September 19, 2008. With the exception of a lone traffic ticket, Defendant has been fully compliant with the terms of his supervision. Despite his compliance, the United States Probation Office does not recommend early termination of Defendant's supervision because, according to its policy, it only recommends early termination for those who have successfully completed two-thirds of their original term of supervision. However, the Probation Office did indicate that, assuming Defendant's good behavior were to continue, it would recommend early termination in January 2012, because at that time Defendant will have completed two-thirds of his sixty month term of supervision.

    In evaluating a motion for early termination, 18 U.S.C. § 3583(e)(1) states that, after considering the factors enumerated in § 3553(a), a court may terminate a term of supervised release if it is satisfied that such action is warranted by the conduct of the defendant and the

interest of justice.  In this case the Court views Defendant's behavior over the past three years as a strong indicator that his supervision has served its intended purpose, and that he has successfully integrated himself back into society.  *See United States v. Johnson*, 529 U.S. 53, 59 (2000) ("Congress intended supervised release to assist individuals in their transition to community life.").  Thus, the Court feels that early termination is warranted in this case.  Accordingly, after careful consideration, Defendant's Motion for Early Termination (Clerk's No. 236) is GRANTED.  The Defendant is discharged from supervision.

    IT IS SO ORDERED.

    Dated this _13th_ day of September, 2011.

_____
ROBERT W. PRATT, Chief Judge
U.S. DISTRICT COURT